**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
|                           Plaintiff, ) | |
| vs. ) | No. 04-9036-MC-W-FJG |
| Robert W. Craig, ) | |
|                           Defendant. ) | |

**ORDER**

Plaintiff's motion to dismiss (Doc. #10), filed June 14, 2005, is sustained. Robert W. Craig is excused from compliance with the order entered April 5, 2005, (Doc. #5) and the above-captioned summons enforcement action is dismissed with prejudice.

                                                           /s/Fernando J. Gaitan, Jr.
                                                           United States District Judge

Dated:   July 27, 2005
Kansas City, Missouri